UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No.   20cr10244 |
| | ) | |
| v. | ) | Violations: |
| | ) | |
| ANTON LOPES, a/k/a "Ton Ton," | ) | Count One: Conspiracy to Distribute |
| | ) | and Possess with Intent to Distribute |
| | ) | Marijuana and Fentanyl |
| Defendant | ) | (21 U.S.C. § 846) |
| | ) | |
| | ) | Count Two: Possession |
| | ) | with Intent to Distribute Fentanyl |
| | ) | (21 U.S.C. § 841(a)(1)) |
| | ) | |
| | ) | Count Three: Possession of a |
| | ) | Firearm in Furtherance of Drug |
| | ) | Trafficking Crime |
| | ) | (18 U.S.C. § 924(c)) |
| | ) | |
| | ) | Count Four: Possession of |
| | ) | a Firearm with an Obliterated |
| | ) | Serial Number |
| | ) | (18 U.S.C. § 922(k)) |
| | ) | |
| | ) | Drug Forfeiture Allegation: |
| | ) | (21 U.S.C. § 853) |
| | ) | |
| | ) | Firearm Forfeiture Allegation: |
| | ) | (18 U.S.C. § 924(d)(1) & 28 |
| | ) | U.S.C. § 2461) |

INDICTMENT

<u>COUNT ONE</u>
Conspiracy to Distribute and to Possess with Intent to Distribute
Marijuana and Fentanyl
(21 U.S.C. § 846)

The Grand Jury charges:

From a date unknown to the Grand Jury, and continuing through the present date, in the

District of Massachusetts, and elsewhere, the defendant,

ANTON LOPES, a/k/a "Ton Ton,"

conspired with other persons known and unknown to the Grand Jury, to knowingly and

intentionally distribute and possess with intent to distribute a mixture and substance containing a

detectable amount of marijuana, a Schedule I controlled substance, and a mixture and substance

containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide,

also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States

Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO
Possession with Intent to Distribute
Fentanyl; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about December 16, 2019, in Quincy, in the District of Massachusetts, the defendant,

ANTON LOPES, a/k/a "Ton Ton,"

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c))

The Grand Jury further charges:

On or about December 16, 2019, in Quincy, in the District of Massachusetts, the defendant,

ANTON LOPES, a/k/a "Ton Ton,"

did knowingly possess a firearm, that is, a Glock .45 caliber pistol, with an obliterated serial

number, in furtherance of the drug trafficking crime charged in Count Two.

All in violation of Title 18, United States Code, Section 924(c).

<u>COUNT FOUR</u>
Possession of Firearm with an Obliterated Serial Number
(18 U.S.C. § 922(k))

The Grand Jury further charges:

On or about December 16, 2019, in Quincy, in the District of Massachusetts, the defendant,

ANTON LOPES, a/k/a "Ton Ton,"

did knowingly possess a firearm, that is, a Glock .45 caliber pistol, which had the importer's and manufacturer's serial number removed, obliterated and altered, and which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(k).

DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 841 and 846 and Title 18, United States Code, Section 2, set forth in Counts One and Two, the defendant,

ANTON LOPES, a/k/a "Ton Ton,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense(s); and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

If any of the property described above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described above.

All pursuant to Title 21, United States Code, Section 853.

## FIREARM FORFEITURE ALLEGATION
(18 .S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 922 and 924, set forth in Counts Three and Four, the defendant,

### ANTON LOPES, a/k/a "Ton Ton,"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses.

If any of the property described above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

     a.  cannot be located upon the exercise of due diligence;

     b.  has been transferred or sold to, or deposited with, a third party;

     c.  has been placed beyond the jurisdiction of the Court;

     d.  has been substantially diminished in value; or

     e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

FOREPERSON

MICHAEL CROWLEY
COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: OCTOBER ___21___, 2020

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK

10/21/2020 @ 4:28pm